IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| VINSON LAADRAIN DAWSON | § | |
| VS. | § | CIVIL ACTION NO. 9:13cv79 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION REGARDING VENUE

Petitioner Vinson Laadrain Dawson, an inmate confined in the Estelle Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Discussion

Petitioner states that in 2010, he was convicted of sexual assault and assault on a public servant in the 392nd District Court of Henderson County, Texas. He was sentenced to 20 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the federal judicial district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated. As petitioner was convicted within this district, this court has jurisdiction over the petition.

However, while Henderson County is located within the Eastern District of Texas, it is in the Tyler Division, rather than the Beaumont Division. As a result, this case should be transferred to

the Tyler Division of this court. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

SIGNED this 22nd day of April, 2013.

_____
Zack Hawthorn
United States Magistrate Judge